IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| QUEEN CHARLOTTE FRANKLIN, | Case No. 1:25-cv-79 |
| Plaintiff, | Judge Matthew W. McFarland |
| v. | |
| CONGRESSMAN STEVE CHABOT, et al., | |
| Defendants. | |

### ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 5)

This action is before the Court upon the Report and Recommendation (the "Report") (Doc. 5) of United States Magistrate Judge Karen L. Litkovitz, to whom this case is referred pursuant to 28 U.S.C. § 636(b). In the Report, the Magistrate Judge recommends that the Court dismiss the action. Plaintiff filed Objections (Doc. 6) to the Report. The Defendants provided no response.

In the Report, the Magistrate Judge finds that Plaintiff has failed to set forth any claim with a rational or arguable basis in fact or law (Report, Doc. 5, Pg. ID 36.) Moreover, the Complaint provides no context to infer that Defendants violated Plaintiff's rights. (*Id.*) Thus, the Report recommends that the Complaint should be dismissed as frivolous and for failure to state a claim with an arguable basis in law over which this court has subject matter jurisdiction. (*Id.* at Pg. ID 36-37.)

Plaintiff objected to the Report on March 19, 2025. (Objection, Doc. 6.) Plaintiff's Objections, however, are difficult to decipher. From the Court's best reading, Plaintiff

makes several references to the "Heavenly Father" and having "monies in Providence Bank." (*Id.* at Pg. ID 43-44.) There seems to be nothing stated in Plaintiff's Objections to challenge the Report. If anything, the Objections provide additional evidence of Plaintiff's frivolous litigation activities. The Objections, therefore, are not well-taken.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon such review, the Court finds that Plaintiff's Objections (Doc. 6) are not well-taken. Accordingly, the Court **ORDERS** the following:

1. Plaintiff's Objections (Doc. 6) are **OVERRULED**;
2. Plaintiff's Complaint (Doc. 4) is **DISMISSED WITH PREJUDICE**;
3. This case shall be **TERMINATED** from the Court's docket;
4. Plaintiff is **FORMALLY WARNED** that she is likely to be deemed a vexatious litigator and made subject to prefiling limitations if she persists in filing additional cases that are factually and legally frivolous or fail to state a claim for relief under screening standards; and
5. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that, for the foregoing reasons, an appeal of this Order would not be taken in good faith and therefore Plaintiff is denied leave to appeal *in forma pauperis*.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND